IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALICE M. JOHNSON and CAROL A. JOHNSON, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:17-cv-950-RP |
| U.S. BANK NATIONAL ASSOCIATION as trustee for NRZ Pass-Through Trust V, | § § § § | |
| Defendant. | § § | |

## ORDER

Defendant U.S. Bank National Association, as trustee for NRZ Pass-Through Trust V, filed a Suggestion of Bankruptcy Filing, advising the Court that Plaintiff Alice Johnson is a debtor in a Chapter 13 bankruptcy case pending in the United States Bankruptcy Court for the Western District of Texas. (Dkt. 14). The filing of a bankruptcy petition renders this action subject to the automatic stay codified in 11 U.S.C. § 362.

Accordingly, **IT IS ORDERED** that the above-styled action is automatically stayed pursuant to 11 U.S.C. § 362. Additionally, the parties are **ORDERED** to notify this Court immediately should the bankruptcy action be terminated.

**SIGNED** on November 7, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE